

# NUMBER 13-13-00549-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

| | |
|---|---|
| **PREMIUM ASSETS,** | **Appellant,** |
| **v.** | |
| **LYDIA A. GARCIA D/B/A JOE LYNN DAZZLES AND MORE AND LYDIA ANN GARCIA,** | **Appellees.** |

### On appeal from the 214th District Court of Nueces County, Texas.

# ORDER

### Before Chief Justice Valdez and Justices Perkes and Longoria
### Order Per Curiam

Appellees, Lydia A. Garcia d/b/a Joe Lynn Dazzles and More and Lydia A. Garcia, have filed an emergency motion to stay this appeal. Appellees assert that counsel for appellant has recently been convicted of wire fraud and is currently being held at a federal detention center. They contend that a stay is necessary to maintain the status quo of the parties and request that we stay this appeal until appellant is able to retain new counsel.

The Court, having examined and fully considered the emergency motion to stay, is of the opinion that it should be granted. Accordingly, we GRANT appellees' "Emergency Motion to Stay Appeal" and we ABATE this appeal for a period of thirty days from the date of this order. Appellant is directed to notify the Court, on or before this expiration of this period of time, if they have retained new counsel on appeal by filing a notice including that attorney's name, mailing address, telephone number, facsimile number, email address, and State Bar of Texas identification number. *See generally* TEX. R. APP. P. 6.

IT IS SO ORDERED.

PER CURIAM

Delivered and filed the
17th day of July, 2014.